UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENO A. MUNOZ, CC22MX392,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY JAIL WEST COUNTY MEDICAL,<br><br>　　　　　Defendant(s). | Case No. 22-cv-02200-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

　　　　This civil action by a prisoner was filed on April 8, 2022. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not sign the complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved <u>in forma pauperis</u> application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

　　　　More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's incomplete <u>in forma pauperis</u> application (ECF No. 2) is DENIED and the action is DISMISSED without prejudice.

　　　　The clerk is instructed to terminate the motion appearing on ECF as item number 2 and to close the case.

　　　　**IT IS SO ORDERED**.

Dated: May 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge